# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Alexander K. Finlan, a single man,<br><br>                Plaintiff,<br>   v.<br><br>Herman Manuel Sedillo, as an individual and as an employee of the United States Department of Agriculture's Food Safety and Inspection Service; the United States Department of Agriculture, a department of the United States,<br><br>                Defendants. | Case No.: 2:19-cv-00448 RSM<br><br>ORDER ON MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

This matter having come before the Court in the above-captioned case, it is hereby ORDERED:

    1.    Plaintiff's Motion to Extend Deadlines for Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #12) is GRANTED.

    2.    The deadlines contained in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #10) are amended as specified:

//

//

| Event | Old Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 5/14/2019 | **6/11/2019** |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/21/2019 | **6/18/2019** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 5/28/2019 | **6/25/2019** |

Dated this 14 day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO EXTEND DEALDLINES   2